[No. 43007-0-II. Division Two. April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RENEE WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03591-5, Frederick W. Fleming, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 29238-0-III. Division Three. April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMONDO HERNANDEZ GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02255-8, C. James Lust, J., entered July 9, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30160-5-III. Division Three. April 30, 2013.]

*In the Matter of the Marriage of* NORMAN D. LESLIE, *Respondent*, and JANELLE L. LESLIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 10-3-00047-0, Rebecca M. Baker, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30380-2-III. Division Three. April 30, 2013.]

GREGORY ROSE ET AL., *Appellants*, v. FMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00332-9, Rebecca M. Baker, J., entered October 13, 2011. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.